BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD ERIN FREDERICKS, | Civil No. 2:15-cv-02548-EFB |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 45 days to file her motion for summary judgment. Defendant respectfully requests this additional time because of a heavy accumulated workload following a two week absence from the office in Taiwan as a result of the passing of his grandfather.

Stip. to Extend Def.'s Brief

1

1  The new due date for Defendant's motion for summary judgment will be Monday, July
2  25, 2016.

Respectfully submitted,

Date: *June 29, 2016*   BRIAN SHAPIRO

By:  */s/ Brian Shapiro**
BRIAN SHAPIRO
*\* By email authorization on June 29, 2016*
Attorney for Plaintiff

Date: *June 29, 2016*   BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: July 1, 2016.

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s Brief

2