BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| EDWARD ERIN FREDERICKS, | ) | Civil No. 2:15-cv-02548-EFB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) | **FOR A SECOND EXTENSION OF TIME** |
| v. | ) | **FOR DEFENDANT TO FILE HER** |
| | ) | **MOTION FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a very heavy workload, including a pending brief before the Ninth Circuit, and an upcoming vacation in early August.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's motion for summary judgment will be Wednesday, August 24, 2016.

                                              Respectfully submitted,

Date: *August 3, 2016*                   BRIAN SHAPIRO

                                 By:    */s/ Brian Shapiro\**
                                                   BRIAN SHAPIRO
                                                  \* *By email authorization on August 3, 2016*
                                                   Attorney for Plaintiff

Date: *August 3, 2016*                   BENJAMIN B. WAGNER
                                                   United States Attorney

                                 By:    */s/ Jeffrey Chen*
                                                 JEFFREY CHEN
                                                 Special Assistant United States Attorney
                                                 Attorneys for Defendant

                                               ORDER

APPROVED AND SO ORDERED.

DATED: August 8, 2016

                                             HONORABLE EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s Brief