UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDS ERIN FREDERICKS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:15-cv-2548-EFB<br><br><br><br>ORDER TO SHOW CAUSE |

On August 9, 2016, the court approved the parties' second stipulation to extend the date for defendant to file her cross-motion for summary judgment and ordered defendant to file her motion by August 24, 2016. ECF No. 16. The deadline has passed and defendant has failed to file her cross-motion for summary judgment. Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, good cause appearing, it hereby ORDERED that:

1. Defendant shall show cause, in writing, within fourteen days of the date of this order, why sanctions should not be imposed for failure to timely file a cross-motion for summary judgment.

/////

2. Defendant shall file her cross-motion for summary judgment within fourteen days of the date of this order.

3. Failure to file a cross-motion for summary judgment will be deemed a statement of non-opposition to plaintiff's motion for summary judgment and may result in granting plaintiff's motion and/or the imposition of sanctions.

So Ordered.

DATED: August 31, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE