Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Edward Erin Fredericks

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD ERIN FREDERICKS, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:15-cv-02548-EFB <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Edward Erin Fredericks be awarded attorney fees in the amount of THREE THOUSAND SIX HUNDRED dollars ($3,600) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Edward Erin Fredericks, the government will consider the matter of Edward Erin Fredericks's assignment of EAJA fees to Brian C. Shapiro. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Edward Erin Fredericks, but if the Department of the Treasury determines that Edward Erin Fredericks does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Edward Erin Fredericks.[1] Any payments made shall be delivered to Brian C. Shapiro.

This stipulation constitutes a compromise settlement of Edward Erin Fredericks's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Edward Erin Fredericks and/or Brian C. Shapiro including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Brian C. Shapiro and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

DATE: May 10, 2017  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Brian C. Shapiro*
Brian C. Shapiro
Attorney for plaintiff Edward Erin Fredericks

DATED: May 10, 2017  PHILLIP A. TALBERT
Acting United States Attorney

/s/ *Jeffrey T. Chen*

JEFFREY T. CHEN
Special Assistant United States Attorney
Attorneys for Defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security (Per e-mail authorization)

**ORDER**

Approved and so ordered.

DATED: May 15, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE